# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jennifer Zavala<br><br>      Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.<br><br>      Defendant. | CASE NO.: 08-cv-00098<br><br>JUDGE: St. Eve<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                            RESPECTFULLY SUBMITTED,

                                            Legal Helpers, P.C.

                                            By: <u>s/Timothy J. Sostrin</u>
                                                 Timothy J. Sostrin
                                                 Attorney for Plaintiff
                                                 20 West Kinzie; Suite 1300
                                                 Chicago, IL 60611
                                                 Telephone: 1.866.339.1156
                                                 tjs@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2008, I served Defendant with a copy of the foregoing Notice of Dismissal by depositing a copy of the same in the United States Mail, addressed as follows:

NCO Financial Systems, Inc.
c/o CT Corporation System,
Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

<u>s/Timothy J. Sostrin</u>