UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jennifer Zavala
                                Plaintiff,

v.                                                    Case No.: 1:08–cv–00098
                                                          Honorable Amy J. St. Eve

NCO Financial Systems, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Pursuant to notice of dismissal with prejudice [7] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), this case is dismissed with prejudice. Any pending dates are stricken. Status hearing set for 3/11/2008 is stricken. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.